# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     STEVEN SATCHER, Debtor                    Case No. 21-50384-KMS
                                                     CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage.
**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  September 3, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   STEVEN SATCHER, Debtor			Case No. 21-50384-KMS
							CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor has fallen behind on plan payments due to the employer's failure to timely remit wage deduction payments.

3. The Debtor's employer has indicated that the missing payments will be forwarded to the Trustee.

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 3, 2025, to:

By Electronic CM/ECF Notice:

       Chapter 13 Case Trustee

       U.S. Trustee

                                          /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>STEVEN SATCHER | CASE NO: 21-50384<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/3/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/3/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>STEVEN SATCHER | CASE NO: 21-50384<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 9/3/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/3/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-50384<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED SEP 3 11-27-28 PST 2025 | ADVANCE AMERICA<br>135 NORTH CHURCH STREET<br>SPARTANBURG  SC 29306-9901 | NEWREZ LLC DBA SHELLPOINT MORTGAGE<br>SERVICI<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 |
| EXCLUDE<br>~~(U)THE BANK OF NEW YORK MELLON  AS INDENTURE TR~~ | US BANK NATIONAL ASSOCIATION<br>14841 DALLAS PARKWAY SUITE 350<br>DALLAS  TX 75254-7685 | EXCLUDE<br>~~(U)US BANK NATIONAL ASSOCIATION  NOT I ITS I~~ |
| US BANK NATIONAL ASSOCIATION  NOT IN ITS I<br>14841 DALLAS PARKWAY  SUITE 350<br>DALLAS  TX 75254-7685 | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | ADVANCE AMERICA<br>CO PURPOSE FINANCIAL  INC<br>PO BOX 3058<br>SPARTANBURG  SC 29304-3058 |
| EXCLUDE<br>~~(U)ADVANCE AMERICA  CASH ADVANCE CENTERS OF MS~~ | ADVANCE AMERICA  CASH ADVANCE CENTERS OF MS<br>DBA ADVANCE AMERICA<br>135 NORTH CHURCH STREET<br>SPARTANBURG  SC 29306-9901 | CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD  MI 48034-8331 |
| CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 | EXPRESS CHECK ADVANCE<br>3901 HARDY ST<br>STE 20<br>HATTIESBURG  MS 39402-1636 |
| FIRST HERITGAGE<br>528 NORTH 15TH AVE<br>LAUREL  MS 39440-3842 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | HATTIESBURG CLINIC  PA<br>415 S 28TH AVE<br>HATTIESBURG  MS 39401-7283 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | MS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | EXCLUDE<br>~~(D)NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI~~<br>~~PO BOX 10826~~<br>~~GREENVILLE  SC 29603-0826~~ |
| PINK DOGWOOD 13  LLC<br>PO BOX 1931<br>BURLINGAME  CA 94011-1931 | PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | RUBIN LUBLIN<br>428 N LAMAR BLVD<br>STE 107<br>OXFORD  MS 38655-3221 |
| SHELLPOINT MORTGAGE<br>75 BEALTIE PL 300<br>GREENVILLE  SC 29601-2138 | THE BANK OF NEW YORK MELLON  AS INDENTURE TR<br>FOR MIDSTATE CAPITAL CORPORATION 20041<br>NEWREZ SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| EXCLUDE | | EXCLUDE |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |

|  |  | DEBTOR |
|---|---|---|
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | PURPOSE FINANCIAL<br>135 N CHURCH STREET<br>SPARTANBURG SC 29306-9901 | STEVEN SATCHER<br>319 CR 52834<br>HEIDELBERG MS 39439-3601 |

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM - PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~