United States Bankruptcy Court
Southern District of Mississippi

In re:

STEVEN SATCHER

    Debtor

Case No. 21-50384-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6           User: mssbad           Page 1 of 3

Date Rcvd: Jul 28, 2026        Form ID: 3180W           Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | STEVEN SATCHER, 319 CR 52834, Heidelberg, MS 39439-3601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: bnc@teampurpose.com | Jul 28 2026 19:36:00 | Advance America, 135 North Church Street, Spartanburg, sc 29306-9901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 19:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + | Email/Text: bnc@teampurpose.com | Jul 28 2026 19:36:00 | Purpose Financial, 135 N. Church Street, Spartanburg, SC 29306-9901 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 28 2026 19:36:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 28 2026 19:36:00 | U.S. Bank National Association, not in its individ, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5019161 | + | Email/Text: bnc@teampurpose.com | Jul 28 2026 19:36:00 | Advance America, c/o Purpose Financial, Inc., PO Box 3058, Spartanburg, SC 29304-3058 |
| 5019164 | + | Email/Text: bnc@teampurpose.com | Jul 28 2026 19:36:00 | Advance America, Cash Advance Centers of MS, LLC, d/b/a Advance America, 135 North Church Street, Spartanburg, SC 29306-9901 |
| 4990265 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 28 2026 19:35:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD , MI 48034-8331 |
| 4988869 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 28 2026 19:35:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 4988873 | | EDI: IRS.COM | Jul 28 2026 23:38:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4988870 | + | Email/Text: bnc@teampurpose.com | Jul 28 2026 19:36:00 | Express Check Advance, 3901 Hardy St, Ste 20, Hattiesburg, MS 39402-1636 |
| 4988871 | + | Email/Text: bankruptcy@curo.com | Jul 28 2026 19:36:00 | First Heritage, 528 North 15th Ave, Laurel, MS 39440-3842 |
| 4988872 | + | EDI: AMINFOFP.COM | Jul 28 2026 23:38:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5007632 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jul 28 2026 19:36:00 | HATTIESBURG CLINIC, PA, 415 S 28TH AVE, HATTIESBURG, MS 39401-7283 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: 3180W | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 4988874 | + Email/Text: ebone.woods@usdoj.gov | | Jul 28 2026 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5105262 | + EDI: MSDOR | | Jul 28 2026 23:38:00 | MS Department of Revenue, Bankruptcy Section, P O Box 22808, Jackson MS 39225-2808 |
| 5474042 | Email/Text: mtgbk@shellpointmtg.com | | Jul 28 2026 19:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5002441 | ^ MEBN | | Jul 28 2026 19:35:07 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5004168 | + EDI: JEFFERSONCAP.COM | | Jul 28 2026 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4988875 | + Email/Text: BKNC@rlselaw.com | | Jul 28 2026 19:36:00 | Rubin Lublin, 428 N Lamar Blvd, Ste 107, Oxford, MS 38655-3221 |
| 4988876 | + Email/Text: mtgbk@shellpointmtg.com | | Jul 28 2026 19:36:00 | Shellpoint Mortgage, 75 Bealtie Pl #300, Greenville, SC 29601-2138 |
| 5003243 | Email/Text: mtgbk@shellpointmtg.com | | Jul 28 2026 19:36:00 | The Bank of New York Mellon, as Indenture Trustee, for Mid-State Capital Corporation 2004-1, NewRez Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 4988877 | ^ MEBN | | Jul 28 2026 19:35:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5006544 | + EDI: AIS.COM | | Jul 28 2026 23:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, as Indenture Trustee, |
| cr | | U.S. Bank National Association, not in its individ |
| 5018779 | | Advance America, Cash Advance Centers of MS, LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

District/off: 0538-6        User: mssbad        Page 3 of 3

Date Rcvd: Jul 28, 2026        Form ID: 3180W        Total Noticed: 25

David Rawlings

ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings

on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jennifer A Curry Calvillo

on behalf of Debtor STEVEN SATCHER jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor STEVEN SATCHER trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

David Rawlings

ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings

on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jennifer A Curry Calvillo

on behalf of Debtor STEVEN SATCHER jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor STEVEN SATCHER trollins@therollinsfirm.com

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **STEVEN SATCHER** | Social Security number or ITIN | **xxx–xx–4121** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–50384–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**STEVEN SATCHER**

Dated: <u>7/28/26</u>

**By the court:**    <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2